IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAREN FINLEY ) | |
| ) | |
| v. ) | No. 3-12-0361 |
| ) | |
| ASURION INSURANCE SERVICES, ) | |
| INC. d/b/a and/or a/k/a Asurion ) | |
| Corporation; and LIFE INSURANCE ) | |
| COMPANY OF NORTH AMERICA, ) | |
| Third-Party Plan Administrator[1] ) | |

O R D E R

Pursuant to the order entered May 22, 2012 (Docket Entry No. 21), a telephone conference call with counsel for the parties and the Court was scheduled on June 4, 2012. Prior thereto, counsel for the parties called the office of the Magistrate Judge to advise that they had reached a settlement in this case.

As a result, the June 4, 2012, conference call was CANCELLED.

By June 25, 2012, the parties shall file a joint stipulation of dismissal.

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp for his consideration of the parties' joint stipulation of dismissal to be filed by June 25, 2012, and entry of any appropriate order.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered May 10, 2012 (Docket Entry No. 11), Life Insurance Company of North America was substituted for defendant Cigna Group Insurance Company.